1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   LAW OFFICES OF LYNN HUBBARD, III
3  12 WILLIAMSBURG LANE
4  CHICO, CA 95926
5  Telephone:  (530) 895-3252
   Fax:  (530) 894-8244
6
7  Attorneys for Plaintiff
8
9                    UNITED STATES DISTRICT COURT
10
11                 EASTERN DISTRICT OF CALIFORNIA
12  GYPSIE JONES,                        Case No. CIV.S.04-2211 DFL CMK
13
14        Plaintiff,
15  v.
16
17  PACPIZZA, LLC DBA PIZZA HUT #1508,    **ORDER FOR DISMISSAL**
    et al.,
18
19        Defendants.
20  _____/
21
22                          **ORDER**
23
24        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-2211 DFL CMK, is hereby dismissed with prejudice.
25
26  Dated: 5/24/2005              /s/ David F. Levi
                                  United States District Court Judge
27
28